United States Court of Appeals
 for the district of columbia circuit
 
 
 
No. 98-1075 September Term, 1998

Process Gas Consumers Group, et al.,
 Petitioners
 
v.

Federal Energy Regulatory Commission,
 Respondent
 
Tennessee Gas Pipeline Company, et al.,
 Intervenors
 

Consolidated with No. 98-1089

 

 Before: Edwards, Chief Judge, Wald and Rogers, Circuit Judges.

 O R D E R

 It is ORDERED by this Court that the opinion filed on May 21, 1999, is amended as
follows:

 Page 18, the last full sentence should read:

 It is often impossible to offer a higher rate or to request more
 capacity because the only pipeline capacity that could be of any use
 to the existing customer is already spoken for.

FOR THE COURT:
Mark J. Langer, Clerk

Filed on August 4, 1999